UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HUGH KRETSCHMER,

                    Plaintiff,

          -against-

ADVANCED LEADERSHIP PERFORMANCE
SYSTEMS, INC.,

                    Defendant.

**ORDER**

25-CV-06902 (PMH)

PHILIP M. HALPERN, United States District Judge:

Plaintiff initiated this action by filing a complaint on August 21, 2025. (Doc. 1). On October 9, 2025, Plaintiff filed an affidavit of service, indicating service of the summons and complaint was effectuated on Defendant on October 3, 2025 (Doc. 9). A Clerk's Certificate of Default was entered on November 4, 2025. (Doc. 15). There has been no activity on the docket since the filing of the Clerk's Certificate of Default.

By December 22, 2025, Plaintiff shall comply with this Court's Individual Practices Rule 4(B) for obtaining a default judgment, or file a letter advising the Court why they should not pursue default judgment against Defendant.

Failure to strictly comply with this Court's Individual Practices and this Order may result in dismissal of this action in its entirety, without prejudice, for want of prosecution under Federal Rule of Civil procedure 41(b).

SO ORDERED.

Dated: White Plains, New York
          November 25, 2025

                    _____
                    Philip M. Halpern
                    United States District Judge