UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HUGH KRETSCHMER,<br><br>     Plaintiff,<br><br>    -against-<br><br>ADVANCED LEADERSHIP PERFORMANCE<br>SYSTEMS, INC.,<br><br>     Defendant. | **ORDER**<br><br>25-CV-06902 (PMH) |

PHILIP M. HALPERN, United States District Judge:

The Court has been informed that the Parties have reached a settlement in principle in this case. Accordingly, it is hereby **ORDERED** that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within forty-five (45) days of this Order. Any application to reopen filed after forty-five (45) days from the date of this Order may be denied solely on that basis. Any pending motions are DISMISSED as moot, and all conferences are CANCELED.

Dated: White Plains, New York
   April 13, 2026

_____
Philip M. Halpern
United States District Judge